UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SARAH ARRINGTON,<br><br>   Plaintiff,<br>v.<br>FRANKLIN COLLECTION SERVICE, INC,<br><br>   Defendant. | Case No. 2:17-cv-01959-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (ECF No. 10) filed October 6, 2017, required the parties to file a joint pretrial order as required by LR 26-1(e)(5) no later than May 4, 2018, or 30 days after the decision on dispositive motions. District Judge Mahan entered an Order (ECF No. 19) August 6, 2018 denying as moot plaintiff's motion for entry of clerk's default. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **September 21, 2018**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the district judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the joint pretrial order.

DATED this 12th day of September, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE